■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICIAHUS WATSON, Appellant. [612 NYS2d 850] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered December 11, 1991, convicting defendant, upon his guilty plea, of murder in the second degree, and sentencing him to a term of 15 years to life, unanimously affirmed.

Defendant's motion to suppress statements was properly denied. The hearing court, whose factual findings are entitled to great weight (People v Leonti, 18 NY2d 384, 390, cert denied 389 US 1007; People v Benitez, 162 AD2d 100, 101), properly found that there was no evidence of interrogation prior to defendant having been given the Miranda warnings, and defendant's argument to the contrary rests entirely on speculation. Concur—Murphy, P. J., Sullivan, Carro, Wallach and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON TURPIN, Appellant. [612 NYS2d 850] —Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered March 31, 1993, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Murphy, P. J., Sullivan, Carro, Wallach and Asch, JJ.